Case 1:21-cr-00302-NODD-BAM Document 3 Filed 12/09/21 Page 1 of 2

**SEALED**


FILED
Dec 09, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

PHILLIP A. TALBERT
Acting United States Attorney
STEPHANIE M. STOKMAN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HECTOR DIAZ, <br><br> Defendant. | CASE NO. 1:21-cr-00302-DAD-BAM <br><br> MOTION AND PROPOSED ORDER TO SEAL INDICTMENT |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 9, 2021, charging the above defendant with a violation of 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture, be kept secret until the defendant named in this Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail,

///

///

///

///

Motion to Seal Indictment

1

that no person shall disclose the finding of the Indictment or any warrant issued pursuant thereto, except when necessary for the issuance and execution of the warrant.

DATED: December 9, 2021　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　Acting United States Attorney

　　　　　　　　　　　　　By　　　/s/ Stephanie M. Stokman
　　　　　　　　　　　　　　　　　STEPHANIE M. STOKMAN
　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

IT IS SO ORDERED.

Dated:  December 9, 2021　　　　　_____
　　　　　　　　　　　　　　　　　BARBARA A. McAuliffe
　　　　　　　　　　　　　　　　　U.S. Magistrate Judge