1

2

3          IN THE UNITED STATES DISTRICT COURT FOR THE

4                   EASTERN DISTRICT OF CALIFORNIA

5

6   UNITED STATES OF AMERICA,                    CASE NO.  1:21-CR-00302-DAD-BAM

                              Plaintiff,
7
                                                 ORDER TO UNSEAL INDICTMENT
8               v.

9   HECTOR DIAZ,

                              Defendant.
10

11

12        Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment and

13  docket pertaining to defendant Hector Diaz, be unsealed and become public record.

14

15  IT IS SO ORDERED.

16  Dated:   __June 8, 2023__

                                                 _____
17                                               UNITED STATES MAGISTRATE JUDGE

18

19

20

21

22

23

24

25

26

27

28