IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HECTOR DIAZ,<br><br>    Defendant | Case No.: 1:21-CR-00302-ADA-BAM-1<br><br>**ORDER<br>APPOINTING COUNSEL** |

The above-named Defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel or has otherwise satisfied this court that he is financially unable to obtain counsel and wishes counsel be appointed to represent him.  Therefor, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

IT IS HEREBY ORDERED that Michael J. Aed be appointed to represent the above defendant in this case effective nunc pro tunc to June 15,2023, and that this Order be.

This appointment shall remain in effect until further order of the court.

IT IS SO ORDERED.

Dated:  **June 15, 2023**              /s/ Barbara A. McAuliffe
                                                      UNITED STATES MAGISTRATE JUDGE

ORDER APPOINTING COUNSEL - 1