LAW OFFICE OF MICHAEL J. AED
Michael J. Aed, SBN 204090
2115 Kern Street Suite 1
Fresno, CA 93721
(559) 825-4600 – office
(559) 272-8411 – fax
michael@legalaed.com

Attorney for Defendant

UNITED STATES DISTRICT COURT,

EASTERN DISTRICT OF CALIFORNIA.

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>HECTOR DIAZ,<br><br>Defendant. | CASE: 1:21-CR-00302-NODJ-BAM<br><br>STIPULATION REGARDING VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; FINDINGS AND ORDER |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and Defendant, by and through Defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on October 23, 2024, in front of Magistrate Judge Barbara McAuliffe.

///
///
///

2. By this stipulation, the defendant now moves to vacate the status conference and set a change of plea hearing on December 17, 2024 and to exclude time between October 23, 2024 and December 17, 2024.

IT IS SO STIPULATED.

Dated: October 17, 2024                                       Respectfully submitted,

/s/ Stephanie Stokman

Stephanie Stokman
*AUSA*

Dated: October 17, 2024                                       Respectfully submitted,

/s/ Michael J. Aed

Michael J. Aed
*Attorney for Defendant*

## **ORDER**

IT IS SO ORDERED that the status conference set for October 23, 2024, is vacated. A change of plea hearing is set for **December 17, 2024, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The Court also sets a status conference for **December 11, 2024, at 1:00 p.m. in Courtroom 8 before Magistrate Judge Barbara A. McAuliffe**. If the parties file the plea agreement in advance of December 11, 2024, the Court will vacate the status conference.

IT IS SO ORDERED.

Dated:   **October 17, 2024**         /s/ Barbara A. McAuliffe
                                      UNITED STATES MAGISTRATE JUDGE