Law Office of Michael J. Aed
Michael J. Aed, SBN 204090
2115 Kern Street, Suite 1
Fresno, CA 93721
Telephone: (559) 825-4600
Facsimile: (559) 272-8411

Attorney for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Hector Diaz<br><br>　　　　　Defendant. | No. 1:21-CR-00302-TLN-BAM-1<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MICHAEL J. AED AS ATTORNEY OF RECORD AND ORDER** |

On August 6, 2021, Defendant Hector Diaz was indicted on federal charges. CJA Panel Attorney Michael J. Aed was appointed as trial counsel to represent Mr. Diaz on June 15, 2023 in his criminal case. Mr. Diaz was sentenced on March 24, 2025. The time for filing a direct appeal was April 3, 2025. No direct appeal was filed. Mr. Diaz was in custody at sentencing. He was given 51 months. Supervised release for a term of 36 months with conditions as modified by the court. Having completed representation of Mr. Diaz, CJA attorney Michael J. Aed now moves to terminate his appointment under the Criminal Justice Act.

Should Mr. Diaz require further legal assistance he/she has been advised to contact the Office of the Federal Defender for the Eastern District of California by mail at 2300 Tulare Street,

Suite 330, Fresno, CA 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated: April 3, 2025          Respectfully submitted,

/s/ Michael J. Aed
Michael J. Aed
Defendant, Hector Diaz

**ORDER**

Having reviewed the notice and found that attorney Michael J. Aed has completed the services for which he was appointed, the Court hereby grants attorney Michael J. Aed's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721. The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free). If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Hector Diaz at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Address: Fresno County Jail awaiting transfer to BOP

**IT IS SO ORDERED.**

Dated: April 8, 2025

Troy L. Nunley
Chief United States District Judge